UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
----------------------------------------x
NAH-FEE HINTON, DARIO GEORGE,
KEYENN RODGERS, MARNELL JOHNSON,
DARTRE BOOKER, RASHEED MINGUES,
JUAN LASANTA, JONATHAN KING,       Civil Action No._____
GARY DAVIS, DOMINIQUE BUTLER,
IBN ROSS, ARMSTRONG TIMOTHY,
DESHAWN BAUGH, JOSE MATOS,         COMPLAINT
DERICK COULANGES, RICKEY LYNCH,
TYROME BREHON, AKEEM MONSALAVATGE,
MICHAEL MORRIS, TAVARES WHITE, and  JURY TRIAL DEMANDED
PRITKUMAR PATEL, on behalf of
themselves and all others similarly
situated plaintiffs,

   -against-

WARDEN PUZIO, ROBERT GREENE JR.,
individually and in their official
capacities,

              Defendants.
----------------------------------------x

## I. JURISDICTION & VENUE

1.   This is a civil action authorized by 42 U.S. C. Section 1983 to redress the deprivation, under color of state and federal laws, of rights secured by the Consitution of the United States. The court has jurisdiction under 28 U.S.C., Section 1331 and 1343 (a)(3). Plaintiff's seeks declaratory relief pursuant to 28 U.s.C. Section 2201 and 2202, including 28 U.S.C. Section 134 (b)(1). Plaintiff's claims for injuncitive relief are authorized by 28 U.S.C. section 2283 & 2284 and Rules of Civil Procedures.

2. the district of Connecticut is an appropriate venue under 28 U.S.C. Section 1391 (b)(2) because it where the events giving rise to this claim occured.

## II. PLAINTIFFS

3. Plaintiff's is and was at all times mentioned herein, a prisoner of the State of Connecticut in the custody of FCI Danbury Connecticut.

## III. DEFENDANTS

4. defendants Darek Puzio is the warden of FCI Danbury Connecticut. He is legally responsible for the operation of FCI-Danbury Prison and for the welfare of all the inmates of that prison.

5. defendant Robert Greene Jr., is the doctor at FCI Danbury who co-signs all of plaintiff's medical needs and reports including medical reports to staffs and reports issues at all times mentioned in this complaint. He hold the "only" rank of prison doctors and was assigned to FCI Danbury Connecticut Prison by BOP's officials.

6. Each defendant is sued individually and in his official capacity. At all times mentioned in this complaint, each of the defendants acted under the color of State and Federal laws.

## III.   FACTS

7.    At all times relevant to this case, plaintiffs are house in various open dormitory and cells, housing units that are "overcrowded" that is above 100% design capacity level, making it impossible to provide adequate medical and mental health services to plaintiff's, that is forcing plaintiff's to have 255 of prisoner outside of their low classification levels.

   Defendant Warden, double bunking plaintiffs in cells and dormitory that never meant for housing inmates that are infected with "staph-infections and scabies disease" are housed in the same units as the plaintiffs, and other inmates that are infected, without being notified of such inmates being infected, puts plaintiff's and other prisoners at harm ways for serious further outbreaks of such diseases.

8.    Plaintiff's are subjected to asbestos and fiberglass dust, caused by poor ventilation systems, that the warden is aware of that wasn't remediated for over 15 years and present of this complaint, records showed, is a health hazard to plaintiff's that has caused plaintiffs nosebleeds and respiratory problems, including short of breath.

9.    Plaintiff's are subjected and exposed to human feces on a daily basis, because the toilets at FCI Danbury do not function or flush that plaintiff's would have to use the toilets that have another inmates fecal matter in the water of toilet being used by plaintiffs

10.   the warden herein mentioned is aware of the conditions at FCI Danbury and made it part of his policies that allowed to persist.

11.   Defendant's has continue these condition at present of complaint.

12.     The black mold, being exposed to human feces and asbestos that have been throughout plaintiff's primary residence, remained "unabated" for 5 years, despite repeated complaints.

13.     plaintiff's are suffering from injuries including damaged to the plaintiff's respiratory system such as swollen lymph nodes, lungs infections, and numerous bacterial infections such as Escherichia coil (commonly known as E coli), and urinary trat infections, severe emotional distress and anguish and other injuries such as foot infections from being subject to unsanitary shower conditions.

## DELIBERATE INDIFFERENCE TO PLAINTIFFS MEDICAL NEEDS

14.     Plaintiffs Timothy Armstrong, Tyrome Brehon and Rickey Lynch have been and at present of this complaint deliberate indifference to their medical needs by defendant Greene, which prescribed incorrect medication that was supposed to relieve Armstrong, arm pain that was infected, Brehon lung infection, and Lynch hip and legs infection, which Greene replaced the medication that worked to relieve plaintiff's pain with an ineffective medication, and has ignored plaintiffs herein mentioned complaint about ineffective medication.

15. Defendant Greene was aware of these ineffective medication, because plaintiff Armstrong arm infection was worse than before and no follow-ups were done after such complaint for over "4 months, and present of this complaint."

16. plaintiff Lynch suffer from nerve damage in his left hip, leg and feet, that has cause months of extreme chronic pain, and no remedy nor follow-ups were done for over "1 month" and present of this complaint.

17. Brehon has had no follow-ups on his lungs infection for over "2 months" after such complaint which plaintiff as well have been subjected to extreme chronic pains.

## IV. EXHAUSTION OF LEGAL REMEDIES

18. Plaintiff's herein mention used the BOP's Administrative Remedy Program.

19. On or about September 24, 2024, plaintiff's presented the facts relating to this complaint .

20. on september 25, 2024, plaintiff experenced difficulty obtaining administrative remedy forms or getting prison staff to accept the forms in relation to incidents.

21. On October 3, 2024, plaintiff's again try to resolve the issues informally with prison staff and staff official at FCI Danbury, and staff refuse to submit plaintiff's BP-8 and BP-9 forms . Prison Staff stated to Plaintiff's, if plaintiff continue to complaint, plaintiff's would be transferred before plaintiff's could receive medical treatment that would cause plaintiff's

further pain and mental distress and would delayed further the treatment of plaintiff's serious medical needs.

22.　Exhaustion of these claims would have been futile anyway and a complete waste of time, officials at FCI Danbury "rubber stamp" the responses to inmate's complaints and administrative appeals without considering the grievance contained in the complaint.

## V. LEGAL CLAIMS

23.　Plaintiff's reallege and incorporate by reference paragraphs 1-22.

24.　Defendant's subjected plaintiff's to unconstitutional conditions of confinement and deliberate indifference to plaintiff's medical needs under the Eighth Amendment to the United States Constitution and caused plaintiff's, pain, suffering, and physical injury including emotional distress.

25.　Plaintiff's has no plain, adequate or complete remedy at law in respect, to redress the wrongs described herein. Plaintiff's and 924 other inmates will continue to be irreparably injured by the conduct of the defendants unless this court grant the declarators and injunctive relief which plaintiff's seeks.

## VI. PRAYER FOR RELIEF

WHEREFORE, plaintiff's respectfully pray that this Honorable court enter judgment:

15.　Granting Plaintiff's a declaration that the acts and omission described herein violate plaintiff's rights under the

Constitution and laws of the United States, and a preliminary and permanent injunction ordering defendants Darek Puzio and Robert Greene Jr., to cease their overcrowded and unsanitary conditions and deliberate indifference to plaintiff's medical needs, including threats for filing administrative grivances towards the Plaintiff's and other similarly situated inmates, and

16. Granting Plaintiff's compensatory damages in the amount of $ 50 million dollars against each defendant, jointly and severally.

17. plaintiff's seeks punitive damages in the amount of $20 million dollars. Plaintiff's seeks these damages against defendants, jointly and severally.

18. Plaintiff's also seeks a jury trial on all issues triable by jury,

19. plaintiff's also seeks recovery of their costs in this suit, and

20. Plaintiff's also seeks this court permission to file a motion for leave to file an Amended Complaint, and

21. Any additional relief this court deems just, proper, and equitable.

Dated November 14, 2024

Respectfully submitted,

Nah-Fee Hinton   *Nah-Fee Hinton*
#61840-509
FCI Danbury Federal Correctional Institution
33½ Pembroke Road
Danbury, CT 06811

Dario George _Dario George_
#61840-509
FCI Danbury Federal Correctional Institution
33½ Pembroke Road
Danbury, CT 06811

Keyenn Rodgers _Keyenn Rodgers_
#29959-050
FCI Danbury Federal Correctional Institution
33½ Pembroke Road
Danbury, CT 06811

Marnell Johnson _M Johnson_
#73519050
FCI Danbury Federal Correctional Institution
33½ Pembroke Road
Danbury, CT 06811

Dartre Booker _DB_
#9494-509
FCI Danbury Federal Correctional Institution
33½ Pembroke Road
Danbury, CT 06811

Rasheed Mingues _Mingues R_
335521-510
FCI Danbury Federal Correctional Institution
33½ Pembroke Road
Danbury, CT 06811

Juan Lasanta _[signature]_
#23557-510
FCI Danbury Federal Correctional Institution
33½ Pembroke Road
Danbury, CT 06811

Jonathan King _[signature]_
#55883-509
FCI Danvury Federal Correctional Institution
33½ Pembroke Road
Danbury, Ct 06811

Gary Davis _[signature]_
391157-053
FCI Danbury Federal Correctional Institution
33½ Pembroke Road
Danbury, CT 06811

Dominique Butler _Dominique Butler_
#60944-510
FCI Danbury Federal Correctional Institution
33½ Pembroke Road
Danbury, CT 06811

IBN Ross _[signature]_
#84640-054
FCI Danbury Federal Correctional institution
33½ Pembroke Road
Danbury, CT 06811

Timothy Armstrong _[signature]_
#75260-509
FCI Danbury Federal Correctional Institution
33½ Pembroke Road
Danbury, CT 06811

Deshawn Baugh _[signature]_
#77639-509
FCI Danbury Federal Correctional Institution
33½ Pembroke Road
Danbury, CT 06811

Jose Matos _Jose Matos_
#25085-052
FCI Danbury Federal Correctional Institution
33½ Pembroke Road
Danbury, CT 06811

Derick Coulanges _[signature]_
#68351-510
FCI Danbury Federal Correctional Institution
33½ Pembroke Road
Danbury, CT 06811

Tyrome Brehon _Tyrome Brehon_
#757710510
FCI Danbury Federal Correctional Institution
33½ Pembroke Road
Danbury, CT 06811

Rickey Lynch _[signature]_
#58810-509
FCI Danbury Federal Correctional Institution
33½ Pembroke Road
Danbury, CT 06811

Akeem Monsalvatge _[signature]_
#81572-053
FCI Danbury Federal Correctional Institution
33½ Pembroke Road
Danbury, CT 06811

Michael Morris _Michael Morris_
#10940-002
FCI Danbury Federal Correctional Institution
33½ Pembroke Road
Danbury, Ct 06811

```
Tavares White      /s/ T White
#63935-037
FCI Danbury Federal Correctional Institution
33½ Pembroke Road
Danbury, CT 06811

Pritkumar Patel    /s/ P Patel
#73267-050
FCI Danbury Federal Correctional Institution
33½ Pembroke Road
Danbury, CT 06811
```

## VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Excuted at FCI Danbury, CT on November 14, 2024

Plaintiff's signed above herein, and below.

```
_____    _____
                             Domin??? Brittle
Dario George                 Kevin Rodgers
NahFee Hinton                _____
_____    R. B???
(P)?                         _____
T White                      Tyrone? B???
_____    Keem ???
_____    P. B???
M. Johnson                   Joe Matos
Ivan ???                     Michael ???
Rafeel ???                   _____
```